IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

Jane Rowland,

                Plaintiff,                      Case No. 3:22-cv-00241

v.                                        Judge Trauger

Henderson Enterprises, LLC, d/b/a
Archadeck of Nashville; and Russell
Henderson,

                    Defendants.

                                       /

## **NOTICE OF WITHDRAWAL**

COMES NOW, attorney Heather Moore Collins and Ashley Walter and respectfully

notifies the Court that they are withdrawing as counsel for Plaintiff, Jane Rowland, in this matter.

As grounds, Ms. Collins and Ms. Walter state that Plaintiff has consented to the withdrawal, and

Anne Hunter and James Simon will continue as counsel for Plaintiff.

                                    Respectfully submitted,

                                    s/ *Heather Moore Collins*

                                    Heather Moore Collins BPR #
                                    026099
                                    Ashley S. Walter BPR #037651
                                    HMC Civil Rights Law,
                                    PLLC
                                    7000 Executive Center
                                    Drive Building Two, Suite
                                    320 Brentwood, TN 37027
                                    615-724-1996

615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a copy of the foregoing has been filed and served via the court's

electronic filing system this 21st day of April 2022, which sends notice to all counsel of record.

Anne Bennet Hunter
Hunter Law Firm
101 Creekside Xing,
Suite 1700-307
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com

James L. Simon (*pro hac vice*)
**THE LAW OFFICES OF SIMON & SIMON**
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Tel: (615) 724-1996
james@bswages.com

*s/ Heather Moore Collins*
Heather Moore Collins